358 A.2d 88

Russell, et ux. v. Pivirotto et ux., Appellants, et al.

Argued April 20, 1976.   Howard R. Singer, with him Stanley J. Reisman, for appellants;  Frances P. F. Minno, with her Joseph M. Wymard, for appellees.

Order affirmed.

SPAETH, J., absent.

358 A.2d 73

Sampson, Appellant, v. Sampson.

Argued April 14, 1976.   Jerome Hahn, for appellant;  John Solomon, submitted a brief for appellee.

OPINION PER CURIAM: Order affirmed.   Having made an independent review of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.